AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Donald Stanton Shealy, | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.    1:18-cv-00257-DCN |
| Bonita Moseley, | ) | |
| *Respondent* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($____), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ The petitioner, Donald Stanton Shealy, shall take nothing of the respondent, Bonita Moseley, and this action is dismissed without prejudice.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the petition without prejudice.


Date:   March 20, 2018                         *ROBIN L. BLUME, CLERK OF COURT*

                                                             s/M. Walker

                                                      *Signature of Clerk or Deputy Clerk*